850 A.2d 1249

IN THE MATTER OF MARK E. MAGEE, AN ATTORNEY AT LAW (ATTORNEY NO. 005211984).

June 30, 2004.

ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 03–360, concluding that as matter of final disci-

pline pursuant to *Rule* 1:20–13(c), **MARK E. MAGEE** of **SHREWSBURY**, who was admitted to the bar of this State in 1986, should be reprimanded based on his guilty plea to one count of third-degree eluding a police officer in violation of *N.J.S.A.* 2C:29–2(b), one count of third-degree resisting arrest, in violation of *N.J.S.A.* 2C:29–2(a), and driving while intoxicated, in violation of *N.J.S.A.* 39:4–50, conduct that violates *RPC* 8.4(b) (commission of a criminal act that reflects adversely on his honesty, trustworthiness, or fitness as a lawyer), and good cause appearing;

It is ORDERED that **MARK E. MAGEE** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.